COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 April 21, 2016
 No. 10-15-00105-CV
 PAUL REED HARPER
 v.
 GEORGE DARRELL BEST
 
 center-4254500
 From the 249[th] District Court
 Somervell County, Texas
 Trial Court No. C10369
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised. Because it is the opinion of this Court that there was error in the judgment of the trial court; it is the judgment of this Court that the judgment signed by the trial court on March 11, 2015 is reversed and remanded to the trial court for further proceedings. 
It is further ordered that Paul Reed Harper is awarded judgment against the State of Texas for Paul Reed Harper's appellate costs that were paid, if any, by Paul Reed Harper; and all unpaid appellate court cost, if any, is taxed against the State of Texas.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
1206645844174100 By: ___________________________
 Nita Whitener, Deputy Clerk